IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROMONA KENNARD, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:25-CV-153-K-BW |
| | § | |
| EL PASO JAIL, | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the

Findings, Conclusions, and Recommendation of the United States Magistrate Judge

and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of

the opinion that the Findings and Conclusions of the Magistrate Judge are correct

and they are accepted as the Findings and Conclusions of the Court.  By separate

judgment, the Court will **DISMISS** the Complaint, received on January 21, 2025

(Dkt. No. 3), with prejudice as frivolous under 28 U.S.C. § 1915(e)(2)(B).

**SO ORDERED.**

**Signed February 11ᵗʰ, 2025.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE